Clerk Ms. Vanessa Armstrong
my case # is 5:20-cv-00081-TBR          (P81)

FILED
VANESSA L. ARMSTRONG, CLERK
SEP 21 2020
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Ma'am The June 5th 2020 order for payment of inmate filing fee is why I am writing. It was ordered that I pay $1.24 and I have had enough to pay that several times but this Jail has not sent it to you.

I have not got anything from you or the court since the June 5th order.

I asked inmate accounts here about sending what I owe and today 9-15-20 I was told they do not even know what I am talking about.

Have you sent me anything since June 5th? I have not got it if so.

* Am I doing something wrong? IS there something I have not done correct?

Please let me know ma'am. I have never done this before.

Thank you much

[signature]

9-15-20

Bradley Hicks #169302
F.C.D.C
2010 South 7th St.
Hickman Ky 42050

EVANSVILLE IN 476
18 SEP 2020 PM 2 L
JAIL MAIL UNCENSORED

5:20-CV-81-TBR

FILED
VANESSA L. ARMSTRONG, CLERK
SEP 21 2020
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY



Federal Clerk Vanessa Armstrong
501 Broadway, Suite 127
Paducah Ky 42001-6801

42001-685627