250073

*Electronically Filed*
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
20-cv-00081-TBR

BRADLEY DONALD HICKS                                                                PLAINTIFF

v.                              **MOTION FOR SUMMARY JUDGMENT**

KELLI ELLIOTT, ET AL.                                                              DEFENDANT

---

      Comes the Defendant, Kelli Elliott (hereinafter, "Defendant"), by and through counsel, and for her Answer to Plaintiff's Complaint states as follows:

      1.     Plaintiff has brought suit requesting that he be transferred to an institution that is "complaint with case # 3:14-CV-00001-GFVT".  In addition, he requests an order from this Court "having Hicks moved to jail or prison that meets the obligations of settlement between Ky DOC and deaf/hard hearing inmates".  Plaintiff seeks no other remedies.  See Plaintiff's Complaint [DN 1].

      2.     However, on November 4, 2020 at 11:25 a.m., Plaintiff was transferred to Daviess County Detention Center. (See Affidavit of Jailer Steven Williams, attached hereto as Exhibit A).  Consequently, Plaintiff's Complaint is now moot.  Once a prisoner is transferred from the prison of which he complains to another prison, his claims for declaratory and injunctive relief are rendered moot.  *Kensu v. Haigh,* 87 F.3d 172, 175 (6th Cir. 1996).  As a result, Plaintiff's Complaint must be dismissed, with prejudice.

WHEREFORE, Defendant, Kelli Elliott, hereby requests that the Complaint filed against her be dismissed, with prejudice.

        Respectfully submitted,

        KEULER, KELLY, HUTCHINS.
        BLANKENSHIP, & SIGLER LLP
        100 South 4th Street, Suite 400
        Paducah, KY 42001
        Phone 270-448-8888 / Direct: 270-448-0999
        Fax 270-442-0998

        By: /s/ Stacey A. Blankenship
           Stacey A. Blankenship
           Kristen N. Worak

        *Counsel for Defendant Kelli Elliott*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of December, 2020, I electronically filed the foregoing with the Clerk of the Court by using ECF filing system, and sent a copy via U.S. mail to the following:

BRADLEY DONALD HICKS
FULTON COUNTY JAIL
2010 SOUTH 7TH STREET
HICKMAN, KENTUCKY 42050
*Pro Se Plaintiff*


By: /s/ Stacey A. Blankenship
    Stacey A. Blankenship